Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Antonio Polvorosa*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO POLVOROSA, | |
| Plaintiff, | Case No. 2:16-cv-01508-JCM-CWH |
| v. | **STIPULATION TO EXTEND BRIEFING** |
| ALLIED COLLECTION SERVICE, INC.; | **SCHEDULE RE DEFENDANT OCWEN** |
| VEGAS VALLEY COLLECTION SERVICE; | **LOAN SERVICING, LLC'S MOTION TO** |
| OCWEN LOAN SERVICING, LLC | **DISMISS FIRST AMENDED** |
| EQUIFAX INFORMATION SERVICES, LLC, | **COMPLAINT [DOC. 16]** |
| Defendants. | |

Plaintiff Antonia Polvorosa and Defendant Ocwen Loan Servicing, by and through their counsel of record, hereby stipulate to extend Plaintiff six additional days to respond to Ocwen's Motion to Dismiss Plaintiff's First Amended Complaint, which it filed on August 17, 2016. Plaintiff's response is due on Tuesday, September 6, 2016. However, due to Plaintiff's current

inaccessibility for review of and additional input in the draft response, the parties agree that Plaintiff's response is now due on Monday, September 12, 2016. Ocwen's reply will be due on Monday, October 3, 2016.

This is the parties' first request for an extension.

Dated this 6th day of September, 2016

| /s/ Matthew Knepper, Esq. | /s/ Inku Nam, Esq. |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Ste. 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>/s/ David Krieger, Esq.<br>David H. Krieger, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Antonio Polvorosa* | Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Inku Nam, Esq.<br>Nevada Bar No. 12050<br>WRIGHT, FINLAY, ZAK, LLP<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Phone: (702) 475-7964<br>inam@wrightlegal.net<br><br>*Attorneys for Defendant Ocwen Loan Servicing, LLC* |

. . .

**ORDER**

    IT IS HEREBY ORDERED that that Plaintiff Antonio Polvorosa shall have an extension of six additional days to respond to Defendant Ocwen Loan Servicing, LLC's Motion to Dismiss First Amended Complaint. Plaintiff's Response is now due no later than Monday, September 12, 2016. Ocwen's Reply deadline is accordingly extended to no later than October 3, 2016.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

September 6, 2016
DATED_____

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2016, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **STIPULATION TO EXTEND BRIEFING SCHEDULE RE DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [DOC. 16]** was served via the U.S. District Court's electronic filing system to the following:

David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com
Attorneys for Plaintiff
*Antonio Polvorosa*

Michael Rhodes
Law Office of Michael Rhodes, PLLC
400 South Fourth Street
Third Floor
Las Vegas, NV 89101
702-366-0333
Fax: 702-666-0332
Email: Mike@MikeRhodesLaw.com
*Attorney for Defendant*
*Vegas Valley Collection Service*

Edgar C Smith
Inku Nam
Wright Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
Fax: 702-946-1345
Email: esmith@wrightlegal.net
Email: inam@wrightlegal.net
*Attorneys for Defendant*
*Ocwen Loan Servicing, LLC*

                                   /s/ Matthew I. Knepper
                                       Knepper & Clark LLC