Michael Rhodes
NV Bar No. 11696
Email:  mike@mikerhodeslaw.com
LAW OFFICE OF MICHAEL RHODES, PLLC
703 South Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 366-0333
Facsimile:   (702) 666-0332
*Attorney for Defendant Vegas Valley Collection Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO F. POLVOROSA,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLIED COLLECTION SERVICE, INC.; VEGAS VALLEY COLLECTION SERVICE; OCWEN LOAN SERVICING, LLC; CREDIT FIRST, NATIONAL ASSOCIATION FIRESTONE, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br>　　　　　　　　Defendants. | Civil Action No.2:16-CV-01508-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO VEGAS VALLEY COLLECTION SERVICES ONLY** |

　　　Plaintiff Antonio F. Polvorosa and Vegas Valley Collection Services hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P.41 (a)(2) as to, and ONLY as to, Vegas Valley Collection Services.

///

Each party shall bear its own bear attorney's fees, prejudgment interest, and costs of suit.

DATED       December 6, 2016.


By:

| /s/ Michael Rhodes | /s/ Matthew I. Knepper, Esq. |
|---|---|
| MICHAEL RHODES | MATTHEW I. KNEPPEr, ESQ. |
| Nevada Bar No. 11696 | Nevada Bar No. 12796 |
| Law Office of Michael Rhodes, PLLC | Knepper & Clark, LLC |
| 703 S. Eighth Street | 10040 W. Cheyenne Ave., Stes. 170-109 |
| Las Vegas, NV 89101 | Las Vegas, NV 89129 |
| 702-366-0333 | 702-825-6060 |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: December 9, 2016