# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTONIO F. POLVOROSA,<br><br>Plaintiff(s),<br><br>v.<br><br>ALLIED COLLECTION SERVICE, INC. et al.,<br><br>Defendant(s). | Case No. 2:16-CV-1508 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *Polvorosa v. Allied Collection Service, Inc. et al*, case no. 2:16-cv-01508-JCM-CWH.

On January 24, 2018, the clerk of court filed a notice of intent to dismiss pursuant to Local Rule 41-1, indicating that if no action was taken in the case within 30 days, the court would enter an order of dismissal for want of prosecution. (ECF No. 54). Since that date, no action has been taken in the case.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's claims against defendants in the matter of *Polvorosa v. Allied Collection Service, Inc. et al*, case no. 2:16-cv-01508-JCM-CWH, be, and the same hereby are, DISMISSED without prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED March 15, 2018.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**